SEALED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2020 AUG 20  PM 4:34
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STEVEN M. FITCH,<br><br>　　　　　Defendant. | 8:20CR 232<br><br>INDICTMENT<br>26 U.S.C. § 5841<br>26 U.S.C. § 5861(d)<br>26 U.S.C. § 5871 |

The Grand Jury charges that

### COUNT I

On or about May 31, 2020, in the District of Nebraska, the defendant, STEVEN M. FITCH, did knowingly possess a firearm, as defined by 26 U.S.C. § 5845(a), that is, a destructive device, also known as a Molotov Cocktail, not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

　　　　　　　　　　　　　　　　　　A TRUE BILL.


　　　　　　　　　　　　　　　　　　FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

　　　　　　　　　　　　　　　　　*Lecia E. Wright for*
　　　　　　　　　　　　　　　　　DONALD J. KLEINE, #22669
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1