IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

United States of America
Plaintiff,

vs.

Steven M. Fitch
Defendant.

CASE NO. 8:20CR232

SUBMISSION OF THE
DETERMINATION OF DETENTION
OR RELEASE

Defendant states to the Court as follows:

(1) I understand that the Court must determine whether I should be detained or released, pending future judicial proceedings.

(2) I have discussed with my attorney my right to present evidence and make argument on this determination. All the questions I have concerning that right have been answered. I understand that by not requesting a hearing to present evidence and make argument, the Court will make the determination based upon the information within the Court's record.

(3) At this time, I wish to give up my right to present evidence and make argument on the determination of detention or release and submit the matter to the Court.

_Steven Fitch_                    _8-28-'20_
Defendant                         Date

_Mary C. Anaya_                   _8-28-'20_
Attorney for Defendant            Date

**ORDER**

**IT IS ORDERED** that Defendant's Submission of the Determination of Detention or Release is hereby accepted, and a separate order will be issued concerning detention or release.

DATED this  28th  day of   August  , 20 20.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT