IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEVEN M. FITCH ) <br> ) <br> Defendant ) | 8:20CR232 <br><br> ADOPTION OF <br> PRESENTENCE REPORT |

COMES NOW the Defendant, Steven M. Fitch , and through his counsel, Mary C. Gryva, hereby adopts the findings of the Presentence Report.

Dated this 28th day of December, 2020.

    Respectfully submitted,

    STEVEN M. FITCH,
    Defendant

    By:   *s/Mary C. Gryva*
           Assistant Federal Public Defender
           222 South 15th Street,
           Suite 300N
           Omaha, NE 68102
           (402) 221-7896

CERTIFICATE OF SERVICE

I herby certify that on December 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent information of such filing to the following: Donald J. Kleine and Travis E. Wilcoxen.

By: *s/Mary C. Gryva*
Assistant Federal Public Defender
222 South 15th Street, Suite 300N
Omaha, NE 68102
(402) 221-7896